**HUNTON ANDREWS KURTH LLP**
M. Brett Burns (State Bar No. 256965)
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 694-8941
mbrettburns@HuntonAK.com

Torsten M. Kracht (*pro hac vice* pending)
2200 Pennsylvania Ave NW
Washington, DC 22037
Telephone: 202.419.2149
tkracht@hunton.com

Attorneys for Plaintiff, e&Co. AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **E&CO. AG, a foreign corporation,**<br><br>                  Plaintiff,<br><br>      v.<br><br>**ZYNC INC., a Delaware corporation,**<br><br>**and**<br><br>**Rana June Sobhany, an individual,**<br><br>               Defendants. | Case No. 3:22-cv-5098<br><br>**COMPLAINT FOR REPAYMENT OF SECURED PROMISSORY NOTE AND ENFORCEMENT OF PERSONAL GUARANTY** |

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

**Hunton Andrews Kurth LLP**
50 California Street, Suite 1700
San Francisco, California 94111

Plaintiff e&Co. AG ("e&Co." or "Plaintiff"), for its Complaint against Defendants Zync Inc. ("Zync") and Rana June Sobhany ("Sobhany") alleges as follows:

## NATURE OF CASE

1.      e&Co. brings this Complaint against Zync to recover damages it incurred as a result of Zync's failure to repay an August 7, 2021 Secured Promissory Note (the "Note") as amended.

2.      A true and correct copy of the Note is attached as Exhibit A.

3.      e&Co. brings this Complaint against Rana June Sobhany as personal guarantor of the indebtedness of Zync under the Note,  pursuant to an August 7, 2021 written Guaranty (the "Guaranty").

4.      A true and correct copy of the Guaranty is attached as Exhibit B.

## JURISDICTION

5.      This Court has jurisdiction over this action under 28 U.S.C. § 1332(a)(1) because the amount in controversy, exclusive of interest and costs, exceeds $75,000 and this is an action between citizens of different States.

6.      This Court has general personal jurisdiction over Zync because, upon information and belief, Zync is a citizen of California, with its principal place of business located within this District, at 595 Pacific Avenue, 4th Floor, San Francisco, California 94133.

7.      This Court has general personal jurisdiction over Sobhany because, upon information and belief, she is a citizen of California and resides within this District, at 595 Pacific Avenue, 4th Floor, San Francisco, California 94133.

8.      This Court has specific personal jurisdiction over Defendants because Defendants committed deliberate acts within this District related to the claims at issue in this matter.

## DIVISIONAL ASSSIGNMENT AND VENUE

9.    Venue is proper in this District because Defendants are located within this District and substantial portion of the facts giving rise to the claims in this matter arose in this District.

10.    Venue is also proper in this District, pursuant to 28 U.S.C. § 1391, because Defendants are subject to personal jurisdiction in this State.

## PARTIES

11.    Plaintiff, e&Co. AG, is a foreign stock corporation formed under the laws of Germany, with its principal place of business at Hubertusstr. 50, 54439 Saarburg, Germany.

12.    Upon information and belief, Defendant Zync Inc. is a Delaware corporation, with its principal place of business at 595 Pacific Avenue, 4th Floor, San Francisco, CA 94133.

13.    Upon information and belief, Defendant Rana June Sobhany is an individual, residing at 595 Pacific Avenue, 4th Floor, San Francisco, CA 94133.

## GENERAL ALLEGATIONS

### I.    THE AUGUST 7, 2021 PROMISSORY NOTE

14.    On or about August 7, 2021, Defendant Zync signed and delivered a Note Purchase Agreement (the "Note Purchase Agreement") and the Note, promising to pay the Plaintiff on demand on or after February 7, 2022, the sum of €350,000.00 in principal, which Plaintiff had loaned to Zync, together with interest at a rate equal to 8% per annum, computed on the basis of a 360-day year of twelve months.

15.    On or about February 8, Plaintiff made demand to Zync for repayment of the principal and interest due under the Note.

16.    Despite demand, Defendant Zync failed to repay the principal or interest due under the Note.

2

COMPLAINT

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

17.    On or about April 21, 2022, Zync and Plaintiff agreed to amend the Note to increase the rate of interest from 8% per annum to 15% per annum, and to set a final date of repayment under the Note of August 7, 2022.  A true and correct copy of the communication between Zync and Plaintiff concerning the agreement is attached as Exhibit C.

18.    On or about July 29, 2022, Plaintiff reminded Zync of its payment obligations under the Note.

19.    Despite demand and reminder, Zync failed to repay the principal or interest due under the Note by August 7, 2022.

20.    To date, Zync has failed to repay any of the principal or interest due under the Note.

21.    Pursuant to Section 6 of the Note, Zync is obligated to pay all reasonable costs of collection of the unpaid principal or interest due under the Note.

**II.    THE PERSONAL GUARANTY OF RANA JUNE SOBHANY**

22.    On or about August 7, 2021, Defendant Sobhany executed the Guaranty in favor of Plaintiff, in which she personally "agreed to guarantee the indebtedness and other obligations of [Zync] to [Plaintiff] under the Note Purchase Agreement."

23.    Particularly, in Section 1 of the Guaranty, Sobhany personally guaranteed "full and prompt payment when due (whether at stated maturity, declaration, acceleration, demand or otherwise) of all indebtedness, liabilities and other obligations of [Zync] to [Plaintiff] under the Note Purchase Agreement and the [Note] issued by [Zync] to [Plaintiff] thereunder … .".

24.    By letter dated August 23, 2022, Plaintiff sent demand to Sobhany for payment of the indebtedness of Zync to Plaintiff pursuant to Sobhany's obligations under the Guaranty.

25.    Sobhany has ignored Plaintiff's demands for payment under the Guaranty.

26.    Sobhany has made no payments to Plaintiff pursuant to her obligations under the Guaranty.

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

3

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

## FIRST CAUSE OF ACTION

(Breach of Contract)

(Against Defendant Zync)

27.     Plaintiff incorporates herein by this reference each and every allegation contained in Paragraphs 1-26 as though fully set forth herein.

28.     Plaintiff and Zync entered into the Note to memorialize the rights and obligations of the parties concerning a loan of €350,000 by Plaintiff to Defendant Zync.

29.     The Note is a valid and binding contract between Plaintiff and Defendant Zync.

30.     Plaintiff performed all of its obligations under the Note.

31.     Defendant Zync breached its obligations under the Note by failing to pay to Plaintiff the principal, interest and additional amounts due to Plaintiff by Defendant Zync under the Note.

32.     Through, and as a result of Defendant Zync's breach of its obligations under the Note, Plaintiff has incurred actual damages and injury in an amount to be proven at trial, but in no event less than €350,000.00, plus accruing contractual interest and fees.

## SECOND CAUSE OF ACTION

(Breach of Guaranty)

(Against Defendant Sobhany)

33.     Plaintiff incorporates herein by this reference each and every allegation contained in Paragraphs 1-32 as though fully set forth herein.

34.     Plaintiff and Defendant Sobhany entered into the Guaranty to memorialize the rights and obligations of the parties concerning Sobhany's guaranty of the repayment of indebtedness by Zync to Plaintiff under the Note.

35.     The Guaranty is a valid and binding contract between Plaintiff and Defendant Sobhany.

36.     Plaintiff performed all of its obligations under the Guaranty.

37.     Defendant Sobhany breached her obligations under the Guaranty by failing to pay to Plaintiff the unsatisfied indebtedness and obligations of Zync to Plaintiff under the Note.

4

38.    Through, and as a result of Defendant Sobhany's breach of her obligations under the Guaranty, Plaintiff has incurred actual damages and injury in an amount to be proven at trial, but in no event less than €350,000.00, plus accruing contractual interest and fees.

## **PRAYER FOR RELIEF**

Plaintiff, e&Co. AG, prays for judgment against Defendants as follows:

1.    For damages as sought in the First and Second Causes of Action in a sum to be determined at the time of trial but in no event less than €350,000.00 plus contractual interest, plus the reasonable costs of collection; and,

2.    For such other and further relief as the Court may deem just and proper.

DATED:  September 8, 2022

Respectfully Submitted,

By:    */s/ M. Brett Burns*
**HUNTON ANDREWS KURTH LLP**
M. Brett Burns (State Bar No. 256965)
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 694-8941
mbrettburns@HuntonAK.com

Torsten M. Kracht (*pro hac vice* pending)
2200 Pennsylvania Ave NW
Washington, DC 22037
Telephone: 202.419.2149
tkracht@hunton.com

Attorneys for Plaintiff, e&Co. AG

5
COMPLAINT