**HUNTON ANDREWS KURTH LLP**
M. Brett Burns (State Bar No. 256965)
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 694-8941
Facsimile: (415) 975-3701
mbrettburns@HuntonAK.com

Attorney for Plaintiff, e&Co. AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&CO. AG, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZYNC INC., a Delaware corporation,<br><br>and<br><br>Rana June Sobhany, an individual,<br><br>Defendants. | Case No.: 3:22-cv-05098-WHO<br><br>**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:    September 8, 2022 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

WHEREAS, Plaintiff e&Co. AG ("e&Co." or "Plaintiff"), filed this Action on September 8, 2022;

WHEREAS, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the voluntary dismissal, without prejudice, of the above-captioned Action against all Defendants;

WHEREAS, the Parties will each bear their respective costs in this Action.

**THEREFORE, IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, through their respective attorneys of record, that the above-captioned action be, and hereby is, dismissed, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and Plaintiff and Defendants shall each be responsible for their respective costs in this Action.

Respectfully submitted,

DATED: January 9, 2023                **HUNTON ANDREWS KURTH LLP**

By:    /s/ M. Brett Burns
M. Brett Burns
Attorney for Plaintiff, e&Co. AG


DATED: January 9, 2023                **GOODWIN PROCTER LLP**

By:    s/Roland Chang
Roland Chang
Attorneys for Defendants Zync Inc. and Rana June Sobhany

### ATTESTATION PURSUANT TO LOCAL RULE 5-1

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ M. Brett Burns

**HUNTON ANDREWS KURTH LLP**
M. Brett Burns (State Bar No. 256965)
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 694-8941
Facsimile: (415) 975-3701
mbrettburns@HuntonAK.com

Attorney for Plaintiff, e&Co. AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E&CO. AG, a foreign corporation, | Case No.: 3:22-cv-05098-WHO |
| Plaintiff, | **[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |
| v. | |
| ZYNC INC., a Delaware corporation, | |
| and | Complaint Filed:   September 8, 2022 |
| Rana June Sobhany, an individual, | |
| Defendants. | |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff e&Co. AG ("e&Co." or "Plaintiff") and Defendants Zync Inc. and Rana June Sobhany filed a Joint Stipulation seeking Dismissal of Plaintiff's Complaint without prejudice.

The Court, having read and considered all of the papers filed on behalf of the parties and on file in the action, **HEREBY ORDERS:**

1. The Joint Stipulation of Dismissal of Plaintiff's Complaint without Prejudice is hereby granted.

2. Plaintiff and Defendants shall each be responsible for their respective costs and fees.

**IT IS SO ORDERED.**

Date: January __, 2023



Hon. William H. Orrick
United States District Court Judge